No. 578. DUFFY THEATRES, INC. v. GRIFFITH CONSOLIDATED THEATRES, INC. C. A. 10th Cir. Certiorari denied. *Glen D. Johnson* for petitioner. 

No. 579. YOUNG ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *William E. Davis, Kendall A. Young* and *T. Barton Harrington* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *John J. Kelley, Jr.* for respondent. ██

No. 580. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. v. WOODROW. Supreme Court of Minnesota. Certiorari denied. *A. C. Erdall, M. L. Bluhm* and *C. L. Taylor* for petitioner. *Harry H. Peterson* for respondent. ██

No. 582. INDUSTRIAL COTTON MILLS (DIVISION OF J. P. STEVENS & CO., INC.) v. NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Whiteford S. Blakeney* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling, Dominick L. Manoli* and *Bernard Dunau* for respondent. ██

No. 585. Q-TIPS, INC. v. JOHNSON & JOHNSON. C. A. 3d Cir. Certiorari denied. *W. Brown Morton* for petitioner. *Arnold S. Worfolk* and *Norman St. Landau* for respondent. ██

No. 586. SKALLY ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles Dana Snewind* for petitioners. *Solicitor General Sobeloff, Assistant Attorney*